FILED: February 17, 2016

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-1164

(8:15-cv-00121-JFM)

_____

UNDER SEAL 1; UNDER SEAL 2; UNDER SEAL 3

Plaintiffs - Appellees

v.

UNDER SEAL 4; UNDER SEAL 5

Defendants - Appellants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:15-cv-00121-JFM |
| Date notice of appeal filed in originating court: | 01/29/2016 |
| Appellant (s) | Under Seal |
| Appellate Case Number | 16-1164 |
| Case Manager | Richard H. Sewell 804-916-2702 |