UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 16-1164 as

☑ Retained   ☐ Court-appointed(CJA)   ☐ Court-assigned(non-CJA)   ☐ Federal Defender   ☐ Pro Bono   ☐ Government

COUNSEL FOR: Under Seal 1, et al.

_____ as the
(party name)

☐ appellant(s)   ☑ appellee(s)   ☐ petitioner(s)   ☐ respondent(s)   ☐ amicus curiae   ☐ intervenor(s)   ☐ movant(s)

*Michael J. Eig*
(signature)

Michael J. Eig                                    301-657-1740
Name (printed or typed)                           Voice Phone

Michael J. Eig and Associates                     301-657-3843
Firm Name (if applicable)                         Fax Number

5454 Wisconsin Avenue, Suite 760

Chevy Chase, Maryland 20815                       Michael.Eig@lawforchildren.com
Address                                           E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on 3/1/16 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Andrew W. Nussbaum, Esq.
Nussbaum Law, LLC
P.O. Box 132
Clarksville, Maryland 21029

*Michael J. Eig*                                  3/1/16
Signature                                         Date

01/19/2016 SCC        Print    Save    Reset Form