FILED: March 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1164
(8:15-cv-00121-JFM)
_____

N. P. *a minor, by his parents and next friends, S. P. and C. P.;* S. P.; C. P.

      Plaintiffs - Appellees

v.

Kevin M. Maxwell, *(officially as) Superintendent, Prince George's County Public Schools;* Prince George's County Board of Education

      Defendants - Appellants

_____

O R D E R
_____

The parties have filed a joint motion to amend the caption.

The court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk