UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. 16-1164    Caption: N.P., a minor, et al. v. Kevin E. Maxwell, et al.

Appellants
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

    **Volumes I through III of the Joint Appendix**

2. Is sealing of document(s) necessary?

    [ ] No
    [X] Yes, to protect material sealed by district court/agency
    [ ] Yes, to protect personal data identifiers

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

    **The Court's Order dated March 2, 2015**

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

    **Sealed the Case and Treats All Pleadings and Filings Accordingly**

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix:

    [X] Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted:

    [ ] Yes


April 22, 2016                                          /s/ Andrew W. Nussbaum
(date)                                                  *Counsel for Appellant*