FILED: May 19, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1164
(8:15-cv-00121-JFM)
_____

N. P., a minor, by his parents and next friends, S. P. and C. P.; S. P.; C. P.

      Plaintiffs - Appellees

v.

KEVIN M. MAXWELL, (officially as) Superintendent, Prince George's County Public Schools; PRINCE GEORGE'S COUNTY BOARD OF EDUCATION

      Defendants - Appellants

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

    Response brief due: 06/14/2016

    Any reply brief: 14 days from service of response brief.

                                 For the Court--By Direction

                                 /s/ Patricia S. Connor, Clerk